# EXHIBIT D

STATE OF GEORGIA

COUNTY OF COBB

BEFORE ME, the undersigned notary public, on this day personally appeared Karen Sanchez who proved herself to be the person whose name is subscribed hereon through her driver=s license which contained her photograph and signature, and who after being by me duly sworn, upon her oath deposed and said:

AMy name is Karen Sanchez. I am 65 years old. The following is true and accurate to the best of my recollection:

AI contacted TaxMasters on 11/10/09 requesting assistance with respect to a tax debt that I have. I spoke with James Ballentine who told me that TaxMasters needed to act quickly in order to assist me. He informed me that the IRS would take my home and place a lien against all of my earnings and that TaxMasters would have to file documentation of representation right away in order to avoid me losing my home. I am a single woman and a senior. This frightened me very much. Mr. Ballentine told me that the only way this process won=t work was if I didn=t cooperate with him.

Mr. Ballentine sent me the documentation and told me that it would cost me no more than $6,250.00 for TaxMasters to help me and that TaxMasters typically helps people settle their tax dispute for 1/3 of what the IRS says they owe. He also reiterated that TaxMasters would assist me in keeping my home and vehicle.

Mr. Ballentine insisted that I needed to provide him with signed contracts right away and a deposit of $2083.24 so that TaxMasters could immediately file the paperwork in order for my home to be protected. Mr. Ballentine told me over the phone and in the email where I needed to sign. When I questioned him about the content of the documentation, he indicated that I just needed to hurry up and sign as time was of the essence.

I paid Mr. Ballentine over the phone with my debit card, the amount of $2083.34. He indicated he would notify me as soon as possible after the paperwork was filed to preclude the IRS from taking my personal belongings. I attempted to obtain a copy of the documentation filed on my behalf on November 12, 2009; December 8, 2009, and December 16, 2009. The only response I received was an email from Mr. Ballentine dated November 13, 2009 (after paperwork signed and down payment was received) indicating that "We have already started the process for you. We will be in touch to keep you up to date with how thing are progressing." (Sic).

Cobb Cou

TaxMasters withdrew another $1,000.00 from my bank account in December, 2009. When I did not hear anything more from TaxMasters, I contacted the IRS who indicated that nothing had been filed on my behalf by TaxMasters; and further informing me that my right to appeal had expired. I explained to the IRS what had transpired with TaxMasters and they allowed me to request an appeal again. I requested an appeal in or around late December 2009 with the IRS. Still, I was unable to reach anyone from TaxMasters.

I was finally able to talk to the Operations Manager who informed me that nothing had been done in my case because the full amount had not been paid. She further informed me that nothing would be done until April, 2010, when the final payment was due to be paid. When I explained to her what Mr. Ballentine told me, she only told me that I would have to handle the matter myself.

On December 29, 2009, I notified TaxMasters that I was withdrawing my consent for their representation and demanding that they cease withdrawing funds from my account. I notified my bank of the fraud and was required to close my account.

I have requested my money be returned. As I have been unable to speak with my former representative, I cannot resolve this issue with TaxMasters directly. However, I have received three messages from them wanting to discuss my account.

I was never informed by TaxMasters that I would not be able to obtain a refund, never informed that TaxMasters would not begin working on my case until the entire amount was paid, and I was never informed that I would be required to pay the fee even if nothing was done on my case.@

AFurther affiant sayeth not.@

_Karen Sanchez_
KAREN SANCHEZ

SUBSCRIBED AND SWORN TO before me on the 22 day of April, 2010.

Notary Public in and for the State of Georgia

Alan N Jordan IV
Notary Public
Cobb County, Georgia

exp  5-15-12

# EXHIBIT E

|                   |   |
|-------------------|---|
| STATE OF TEXAS    | § |
|                   | § |
| COUNTY OF BEXAR   | § |

## AFFIDAVIT

BEFORE ME, the undersigned notary public, on this day personally appeared Crespin Gonzales who proved himself to be the person whose name is subscribed hereon through his Texas Drivers License which contained his photograph and signature, and who after being by me duly sworn, upon his oath deposed and said:

"In February 2008 I found out that I owed money to the Internal Revenue Service. I called TaxMasters and spoke to Chuck Autrey. Mr. Autrey told me that TaxMasters was successful 99% of the time and that TaxMasters could get the matter 'done in six weeks or less.' In addition, Mr. Autrey informed me that TaxMasters could negotiate my debt which was about $5,500.00 down to 10-15 cents on the dollar. I received an email from Mr. Autrey on February 13, 2008, that stated this and it also listed what the fees were going to be. The fee consisted of $550.00 for an IRS consultation and $1050.00 for a negotiated settlement with the IRS. A true and correct copy of the email I received from Mr. Autrey is attached to this affidavit. I signed up on February 13, 2008 and sent in the Power of Attorney on February 15, 2008. Mr. Autrey told me that I could make a down payment of $800 (retainer) and four monthly installments of $200.00. I made a $800 down payment and began making monthly payments. I was never informed that TaxMasters would not begin working on my case until the fee was paid. When I realized that the fee had to be paid in full, I went ahead and paid the last two installments so that Taxmasters would work on my case.

"I continued to call in June 2008, August 2008, September 2008 and October 2008 but TaxMasters could not find my documents. In the fall of 2008, I received a notice from the IRS stating that a lien would be placed on my property if I did not pay. I called TaxMasters again and nothing had been done on my case. When the IRS placed the lien, I took money out of my Individual Retirement Account to pay the taxes.

"I contacted TaxMasters to request a refund and spoke to Lucky Ravin who informed me that TaxMasters can not do a negotiated settlement but it will negotiate an installment plan with the IRS. I sent her a copy of the email I had received from Mr. Autrey and I have not heard from TaxMasters regarding the refund. Later, TaxMasters told me that it can not do a negotiated

settlement on such a small amount.  In addition, I was never told that the monies I paid were non-refundable."

    "Further affiant sayeth not."

_Crespin Gonzales_ (signature)

Crespin Gonzales

SUBSCRIBED AND SWORN TO before me on the _24_ day of April, 2010.

_(signature)_

Notary Public in and for the State of Texas

BRADLEY J. THOMAS
Notary Public, State of Texas
My Commission Expires
August 02, 2012

# EXHIBIT F

STATE OF TEXAS         §
                       §
COUNTY OF TRAVIS       §

**AFFIDAVIT**

BEFORE ME, the undersigned notary public on this day personally appeared Arturo F. Fierro, who proved himself to be the person whose name is subscribed hereon through his Texas Drivers License which contained his photograph and signature, and who after being by me duly sworn, upon his oath deposed and said:

"My name is Arturo F. Fierro and I am a resident of Collin County, Texas. I am over 18 years of age, and am competent to make this affidavit. The following facts are based upon my personal knowledge and are true and correct.

In the summer of 2009, I received a notice from the IRS requesting documentation of deductions claimed in a previously filed tax return. I requested an extension and was given until August 29, 2009 to respond. Out of an abundance of caution, my wife and I decided to seek professional advice to be sure we were appropriately responding.

During this same time period I saw several television commercials advertising TaxMasters and offering the services of its qualified tax professionals.

On or about August 4, 2009, I telephoned the toll free number advertised in the TaxMasters TV commercials. The person who answered asked me a series of questions about how I had heard about their services and took my contact information. On that same day, Mr. Alex Rodriguez -whom I believe identified himself as a "senior tax consultant" with TaxMasters-called me back. I explained the situation and impressed upon him that a response to the IRS was required by August 29th and that if I agreed to retain TaxMasters I wanted to be able to communicate directly with the person in charge of my case. In other words, I did not want to end up dealing with a voice mail or telephone answering service system. Mr. Rodriguez assured me that he personally would be representing me in this matter to the IRS. This conversation left me with the impression that my matter was in the hands of attorneys who would be handling this matter and that they would be quickly coordinating with the IRS. During that initial call Mr. Rodriguez quoted me a price of $ 1200 for the service and asked for payment. I understood the price was the total fee required by TaxMasters and provided him with my American Express Card number for billing purposes. I do not recall Mr. Rodriguez or the third person who got on the phone to verify my information saying anything to me about whether my payment was or

was not refundable.

On that same day, June 4, 2009, TaxMasters billed my credit card in the amount of $ 1200 and Mr. Rodriguez sent me an e-mail in which he assigned me a case number, instructed me to sign pages 2, 9 or 10 & 11 of an "Engagement Agreement" and page 2 of a Power of Attorney and Form 8821 and also instructed me to return these documents "...as soon as possible so we can take care of this matter efficiently." This e-mail identified Mr. Rodriguez as a "Sr. Tax Consultant & Analyst."

These signatures and the additional documentation requested by the IRS were all provided to TaxMasters by the following day, August 5, 2009.

Subsequent to that I attempted to contact Mr. Rodriguez on several occasions to determine whether they had responded to the IRS request for information and whether they had reviewed the materials which I sent. Mr. Rodriguez did not return calls or respond to e-mails and when I was ultimately able to speak to him, he informed me that someone else in "operations" was handling my case and that he knew nothing about it. I asked to speak to Mr. Rodriguez's supervisor and he transferred me to an individual who would only identify himself by the first name "Keith" and who said they would contact me when they were ready. He did not care that the IRS response was now due within 10 days and hung up the telephone on me.

On August 17, 2009 I confirmed that the IRS had received nothing from TaxMasters on my behalf other than the Power of Attorney and on that same date I sent TaxMasters an e-mail informing them that their services were no longer required. I handled the matter with the IRS personally, responded before the deadline and my issue was resolved.

On September 2, 2009 I received a letter from TaxMasters informing me that I was not eligible for a refund because they had divulged "proprietary information" to me. In response to my complaint, my credit card company issued a credit to me for the amount paid to TaxMasters.

Further Affiant sayeth not."

ART FIERRO

SUBSCRIBED AND SWORN TO before me on the 12th day of May, 2010.

Notary Public in and for the
State of Texas.

MARTHA LOU WILLIAMS
Notary Public
STATE OF TEXAS
Commission Exp. 05-17-2011
Notary without Bond

# EXHIBIT G

STATE OF TEXAS                              §
                                           §
                                           §
TRAVIS COUNTY                              §

### AFFIDAVIT OF ROSALINDA O. FIERRO

Before me, the undersigned authority, on this day, personally appeared ROSALINDA O. FIERRO, known to me to be the person whose name is subscribed to the following instrument, and having been by me duly sworn upon her oath, deposes and states as follows:

1.      My name is Rosalinda O. Fierro.  I am over the age of eighteen years, am an adult resident of Austin, Travis County, Texas, and am fully competent and able to testify herein. I have personal knowledge of all of the facts set forth herein, and am able to swear, as I hereby do swear, that all of said facts and statements herein contained are true and correct to the best of my knowledge and recollection.  I have never been convicted of a felony.

2.      I am and at all times herein mentioned was employed by the Office of the Attorney General of Texas.  I have been an employee of the Office of the Attorney General, Consumer Protection and Public Health Division for over 20 years in various capacities and for the last nine years as an Investigator.

3.      I am familiar with the complaints filed by consumers against TaxMasters and have reviewed these complaints. These complaints were kept by the Office of the Attorney General, Consumer Protection and Public Health Division in the regular course of its business. Between January 1, 2010 to May 11, 2010, our office has received approximately 97 complaints.

1

4.     Some of consumers state in their complaints that TaxMasters fails to disclose that if the consumer pays in installments, TaxMasters will not begin working on the consumer's case until consumer has paid the entire fee, even though the consumer is told during the initial call that TaxMasters will begin working on the consumer's case immediately.

5.     Many of the complaints relate to TaxMasters' failure to disclose to consumers during the initial call or during the "third party verification" that it is TaxMasters' position that the consumer cannot cancel the contract and receive a refund even if the consumer has not signed the contract nor returned the contract to TaxMasters.

_Rosalinda O. Fierro_
Rosalinda O. Fierro

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by Rosalinda O. Fierro this 12th day of May, 2010.

Notary Public, State of Texas

[seal: VELASQUEZ, Notary Public, State of Texas, My Commission Expires JULY 28, 2010]

**Notary without Bond**

2

# EXHIBIT H

JIM LEITNER
FIRST ASSISTANT



CRIMINAL JUSTICE CENTER
1201 FRANKLIN, SUITE 600
HOUSTON, TEXAS 77002-1901

## PATRICIA R. LYKOS
### DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

June 16, 2009

Dear Tax Master Complainant,

During the past several months our office has received several reports from citizens across the United States regarding a business named Tax Masters. These reports were from customers of Tax Masters and were regarding their business relationship with that entity. Even though Tax Masters may have their office here in Houston, most all reports received were regarding customer transactions that occurred with a Tax Master representative in locations outside of Houston and Texas.

There are two major obstacles that prevent and/or hinder our office from conducting a complete investigation into this matter. First is the national nature of the case. Our office only has jurisdiction over criminal matters that transpire in Harris County, Texas. Records, documents, witnesses and other evidence located in other jurisdictions outside of Texas impede our investigative abilities. Second, restrictive laws and regulations concerning the records and/or disclosure of those records by the U.S. Internal Revenue Service, prevent our agency from obtaining such information. The same rules and regulations are not as restrictive or prohibitive for certain federal agencies.

Given the aforementioned issues, we were left with two choices – close the case as a civil action or find a federal agency willing to pursue the matter. If we closed the case as civil, each complainant would need to pursue a civil lawsuit against Tax Master. Due to the volume of complainants we preferred not simply close out the case. As a result, we have contacted the U.S. Treasury Department regarding Tax Masters. They had also received reports regarding Tax Masters and being a federal agency they are better equipped to review and possibly investigate this matter. Therefore, we will forward your report to this department for their inspection.

I regret we could not bring this matter to resolution but we have confidence that the Treasury Department can complete this investigation. If you have any questions regarding the investigation you may contact the Treasury Department at:

US Treasury Department
Attn: Special Agent Andy Farwell
1919 Smith St #2270
Houston, TX 77002

Sincerely,

Kaye Backman
Paralegal – Consumer Protection

# EXHIBIT I



900 Town & Country Ln
Suite 400
Houston, Texas 77024
www.txmstr.com
Phone: (281) 205-0654
Fax: (713) 465-8054

October 26, 2009



Stanley, NC 28164

Dear ▇▇▇▇,

After reviewing your file, it has been determined that you are not eligible for a refund for the following reason(s):

You completed the 3rd party verification on August 28, 2009 which is a legal binding agreement with Tax Masters which states that all fees are non-refundable.

Tax Masters has also divulged proprietary to you as a client in regards to how we plan to handle your specific situation. Furthermore, you are also liable for the remaining fee of $7,150.00 which equals to the amount agreed upon by you and Tax Masters for services.

If you are unable to maintain the current payment schedule, our billing department would be happy to work with you on a different arrangement. Please be aware that if the amount stated above is not paid, you will be subject to collection procedures.

Tax Masters will continue to perform work on your file to the best of our ability, provided we have received adequate information, documentation, permission and compensation.

If you have any more questions, please feel free to contact us at 281-426-4226 ext 7000.

Sincerely,

E. Dewayne Logan
VP of Quality Assurance
EDL/lr

# EXHIBIT J

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



900 Town & Country Ln
Suite 400
Houston, Texas 77024
www.txmstr.com
Tel: 281-497-4226, Ext. 2066
Fax: 713 463-2990

February 12, 2010



Camilla, Georgia 31730

Re:  Breach of Contract Claim

Dear ▮▮▮▮▮

I represent TMIRS Enterprises, Ltd. d/b/a TaxMasters and TaxMasters, Inc. (hereinafter "TaxMasters"). TaxMasters has asked me to collect the sum of $5,540.00 from you. This represents the balance you still owe on the contract you entered into with TaxMasters on or about January 20, 2008.

I have been instructed by TaxMasters to pursue all legal avenues to ensure collection of the amount due to them. To this end, I have prepared and attached the *Original Petition for Suit on Written Contract with Requests for Disclosure.* This petition will be filed and litigated in the Small Claims Court, Precinct 5, Place 1 of Harris County, Texas if you fail to timely remedy your obligation to TaxMasaters.

TaxMasters does not want the hassle of going to court over this matter, and neither should you. To avoid this, please send payment in full to TaxMasters within 30 days of your receipt of this letter. The check should be made payable to TaxMasters and should be addressed to:

> TaxMasters
> Attention: Andrew Sutton, Esq.
> 900 Town & Country Lane, Suite 400
> Houston, Texas 77024

If you need to make the payment via credit card, you should contact our Billing Department within 30 days of your receipt of this letter to make arrangements for payment in full. If you make payment through our Billing Department, please be sure to contact me to let me know. If I do not hear from you, I will assume that you have no intention of voluntarily satisfying your obligation and I will proceed to file this petition.

In addition to the amount of $5,540.00 due to TaxMasters, if you choose to have me go forward with the litigation, I will also be seeking judgment for late fees; judgment reasonable attorneys' fees; judgment for all costs of court; and for all further relief to which TaxMasters may be entitled.

This fax was received by GFI FAXmaker fax server. For more Information, visit http://www.gfi.com



900 Town & Country Ln
Suite 400
Houston, Texas 77024
www.txmstr.com
Tel: 281-497-4226, Ext. 2066
Fax: 713 463-2990

I urge you to satisfy your obligation to TaxMasters within 30 days of your receipt of this letter. Not only is it the right thing to do, but it may also be your last opportunity to settle this matter for only $5,540.00.

Sincerely

Andrew Sutton, Esq.
Staff Attorney

cc: Sent Via Certified Mail

# EXHIBIT K



900 Town & Country Lane
Suite 400
Houston, Texas 77024
Phone: (281) 497-5937.
Fax: (281) 497-4275

# Confidential Fax

| | | | |
|---|---|---|---|
| **To:** | Jeffery D. Delong | **From:** | James Arline |

**Fax:**                                    **Fax:** 713-463-2927

**Phone:** ▇▇▇▇▇▇              **Phone:** 1-888-497-5937 x3525

**Date:** 10/20/2008              **Pages:** 17

**Subject:** Power of Attorney and Engagement Agreement

**Notes:**
I have enclosed the proper documents to get you started, please review, sign and fax back with copy of any mail from the IRS, and please feel free to call us should you have any questions. It is imperative you sign and fax back these documents as you know we are always working on a time line and every moment counts.

Please sign page 2, 9 and 11 of the Engagement Agreement
Please sign page 2, section 9 of the Form 2848 Power of Attorney.
Please sign the bottom of the Form 8821 Power of Attorney.

Fax back to   **713-463-2927.**

## Thank you for your business!

## James Arline

## TaxMasters
*"We Solve Your IRS Problems"*

Phone: (281) 497-5937
Fax: (713) 463-2900
www.txmstr.com/

900 Town & Country Lane,
Suite 400
Houston, Texas 77024

October 20, 2008

Jeffery D. Delong

UkiahCA95482

Dear Jeffery,

We would like to thank you for choosing TaxMasters to solve your IRS Problems. We want to assure you that everyone in our firm will endeavor to solve your IRS problems.

Please find enclosed an engagement agreement, and a limited Power of Attorney for IRS purposes. Please return these signed, along with the retainer listed on page 7 of the engagement agreement.

Please also include a copy any communications from the IRS as well as a copy of your last 3 tax returns. It is important we get complete information, so we can begin work on your case as soon as possible.

If at any time you receive forms or notices from the Internal Revenue Service, please forward them immediately to our office. If you receive a phone call from an IRS agent, please direct them to contact our office. You have the right to insist that they speak with us instead of you — even if the agent should state otherwise.

Please remember that we are here to help you. Both the opportunity and responsibility you have allowed us is greatly appreciated.

Very truly yours,
TaxMasters

James Arline
Tax Consultant™



# Next Process in Handling Your Case

Once again, thank you for using TaxMasters for solving you Federal and/or State Tax dilemma. Below are the next following steps and the proper way of getting information concerning on your particular case.

1. After documents have been sent to you please return the signed documents to the following fax number: **713-463-2924** or email it to james.arline@txmstr.com
2. Now that you have become a TaxMasters client, within the next seven (7) business days, one of our case coordinators will contact you to introduce the next steps of the process.
3. A Case Coordinator with be in contact with you at least once a month to provide a progress report.

## To Contact the Operation in Regards to Your Case:

Direct Contact Number to TaxMasters Operations Department:

### 1-800-682-3679 Dial Extension #1102
### Your Personal Client ID # is: E3126

This will direct you to the Operations Department cue where one of our case coordinators can discuss your case with you if you have any questions.

Once again, thank you for using TaxMasters for solving your Tax dilemma.

*James R. Arline*
Nationwide Number: 888-497-5937 ext 3525
james.arline@txmstr.com

The Information in this document may include confidential and/or client privileged communications. This document is intended to be reviewed only by the individual or individuals named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, use, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Any use, publishing, copying, disseminating, forwarding or other use is prohibited as the content remains the property of the author.



# Next Process in Handling Your Case

Once again, thank you for using TaxMasters for solving you Federal and/or State Tax dilemma. Below are the next following steps and the proper way of getting information concerning on your particular case.

1. After documents have been sent to you please return the signed documents to the following fax number: **713-463-2924** or email it to **James.arline@txmstr.com**
2. Now that you have become a TaxMasters client, within the next seven (7) business days, one of our case coordinators will contact you to introduce the next steps of the process.
3. A Case Coordinator with be in contact with you at least once a month to provide a progress report.

## To Contact the Operation in Regards to Your Case:

Direct Contact Number to TaxMasters Operations Department:

## 1-800-682-3679 Dial Extension #1102
## Your Personal Client ID # is: E3126

This will direct you to the Operations Department cue where one of our case coordinators can discuss your case with you if you have any questions.

Once again, thank you for using TaxMasters for solving your Tax dilemma.

*James R. Arline*
Nationwide Number: 888-497-5937 ext 3525
james.arline@txmstr.com

The information in this document may include confidential and/or client privileged communications. This document is intended to be reviewed only by the individual or individuals named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, use, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Any use, publishing, copying, disseminating, forwarding or other use is prohibited as the content remains the property of the author.

# EXHIBIT L

**Spring Starback**

| | |
|---|---|
| **From:** | <JEFFDELONG████████ |
| **To:** | <pacificpaging@sbcglobal.net> |
| **Sent:** | Monday, October 20, 2008 7:27 PM |
| **Subject:** | Clarification of TaxMasters Retainer |

To:
James Arline
Taxmasters
900 Town and Country Lane
Houston, TX 77024

James,
I have signed and returned the forms to you, via fax. I wanted to clarify that this retainer included FED taxes, California State tax filings and corrections, and release of the IRS lien attached to my SSI disability payments. These were the terms we agreed to today in our telephone conversation, prior to payment being authorized. I want to ensure that these are the terms agreed to with the retainer agreement that I signed minutes ago.

If the terms as stated have changed since our conversation, I would prefer to not go forward with the agreement until such time as the agreement reflects the terms discussed via telephone.

Please email me at ████████████ if the terms have been modified since our discussion, prior to payment being made.

Rgds,

Jeff DeLong
████████████
Ukiah, CA 95482
████████████

10/21/2008

# EXHIBIT M

POSTMARK 03 NOV 00

Phone: (281) 205-0654
Fax: (713) 465-8034
www.txmstr.com

**TaxMasters**
*We Solve Your IRS Problems*

900 Town & Country Lane
Suite 400
Houston, Texas 77024

October 23, 2008

RCVD
6 N N 08
11:56 AM

Jeffery D. Delong

Ukiah, CA 95482

Dear Jeffery D. Delong,

Thank you for choosing TaxMasters to help you resolve your IRS concerns. Your case is currently in Operations the department that performs your services. My name is *Juanita Martin* I am assigned as your Case Coordinator and direct contact for all updates and progress of your case.

A team of professionals will be assigned to your case such as: A Financial Analyst who will compile and collect financial and income information to set up the solution to your tax problems. A Tax Professional if needed, for preparation of your tax returns. We also have Enrolled Agents who are licensed to practice before the Internal Revenue Service and Tax Attorneys who are available to you if legal representation is needed.

If at anytime during this process you receive any type of notification from the Internal Revenue Service, please fax the correspondence to my fax number at <u>713-463-2967</u>. You may also fax me any other type of information that may be significant to your case.

Please remember that we are here to help you. If you have any questions or concerns please feel free contact **Juanita Martin** in our headquarter office at <u>281-205-0654</u> or toll free at <u>1-800-682-3679</u> extension 5056. You may also email me at <u>*Juanita.martin@txmstr.com*</u>. Both the opportunity and responsibility you have allowed us is greatly appreciated.

Best regards,

Juanita Martin
Case Coordinator

# EXHIBIT N

Mr. Arline,

Since TaxMasters has chosen to modify the terms of our agreement as previously discussed in the email traffic of yesterday, I am notifying you (TaxMasters) to suspend all activities related to my account until such time as the issues between TaxMasters and I can be resolved.

I contracted TaxMasters to represent me under the pretense that such representation would be based around the concept that my tax issues were over 10 years old; the age alone making them uncollectable. Now, after I effected payment in full to you up front, showing MY good faith, your organization has changed the rules of the game, telling me that the "uncollectable status" has nothing to do with the age of the account, but rather with my ability to PAY the balance. I do not need TaxMasters to PAY the balance. I can do that on my own.

At this point, I would prefer to cancel this contract and have my balance refunded, since you have chosen to not represent me pursuant to our agreement. Should this not be acceptable to you, evidenced by no credit issued to my card, I will begin a dispute through my credit card on Monday morning. I no longer trust TaxMasters to handle my financial issues, since TaxMasters negotiated this agreement under fraudulent or deceitful pretenses, and now appears to lack the character to do the right thing in this matter.

J. DeLong

713-443-2927

HP Officejet Pro L7500 All-In-One series

Fax Log for
7074627096
Oct 24 2008 12:50PM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| Oct 24 | 12:49PM | Fax Sent | 17134632927 | 0:35 | 1 | OK |

# EXHIBIT O

**Spring Starback**

| | |
|---|---|
| **From:** | <JEFFDELONG ███████ |
| **To:** | <pacificpaging@sbcglobal.net> |
| **Sent:** | Friday, October 24, 2008 1:49 PM |
| **Subject:** | Fwd: Quit Power of Attorney |

From: JEFFDELONG ███████
To: "James Arline" <james.arline@txmstr.com>, info@txmstr.com
Sent: Friday, October 24, 2008 1:44:26 PM GMT -08:00 US/Canada Pacific
Subject: Quit Power of Attorney

Mr. Arline,
TaxMasters is hereby notified that, until reauthorized, I am immediately ceasing Power of
Attorney granted to TaxMasters and its representatives on 20Oct08, to consult on my tax
matters. Do not contact ANY agency or organization on my behalf until authorized by myself in
writing at some future date, should that occur.

Rgds,
Jeffery D. DeLong

████████████

Ukiah, CA 95482

████████████

10/24/2008

HP Officejet Pro L7500 All-In-One series

Fax Log for
7074627096
Oct 24 2008 2:53PM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| Oct 24 | 2:53PM | Fax Sent | 17134632927 | 0:30 | 1 | OK |

# EXHIBIT P



**Jeffery D. DeLong**

**Ukiah, CA 95482**

James Arline
Juanita Martin
Alex Clamon
Patrick Cox
Taxmasters (TMIRS Enterprises)
900 Town and Country Lane, STE 400
Houston, TX 77024.

06Nov08

To Whom it may concern,

I entered a contract with Taxmasters, effective the date payment was tendered, 22Oct08 according to Bank of America. On 24Oct08, less than two days after payment was tendered, I notified Taxmasters in writing to james.arline@txmstr.com and info@txmstr.com to suspend ALL ACTIVITIES, and to cancel the contract. To ensure delivery, I faxed the same notifications to your fax number, and have proof of delivery of the same. I have YET to receive ANY acknowledgement from Taxmasters of this fact, two weeks after the fact.

Instead, what I get today, 06Nov08 via regular mail, is a package informing me that you are proceeding with this contract, have assigned yet ANOTHER case manager, and are demanding data from me, and yet ANOTHER Power of Attorney, which I canceled on 24Oct08. The funny thing is, the package was postmarked 3 days ago on 03Nov08, yet the letter was conveniently dated 23Oct08, 2 weeks ago and 1 day before I canceled the contract. It is CLEAR that this is part of a scam, and that Taxmasters has opted to attempt to manufacture documents to plead their case, but could not manufacture a corresponding postmark date.

According to your Alex Clamon, Taxmasters provides full refunds, and honors a three day rescission period. I quote:

"Alex Clamon, VP on 29 Dec 2007 at 3:31 pm

My staff and I have responded to each and every contact we received. I am not interested in airing a client or a prospects dirty laundry about their IRS problems on the internet. However if someone chooses to lie in this venue I will publish the recorded portion of the phone conversation where they agreed to pay the fee. I did not receive emails mentioned here by 'Chris'.

In response to Dale- I did get an email dated the 23rd. I did respond to it. Dale acknowledged that response and I have acted as I promised, despite his slander. I did not get an email on the 13th. This refund request is slated for a review board meeting early next week. This has all been communicated separately. I would not normally make even the nature of any communications with a client public, but I did not choose this forum, and for his own reasons Dale has chosen not to be a client.

*I would like to elaborate on what exactly our refund policy is at this time. First it is spelled out clearly in our contract and that always prevails. We do observe a 3 day rescission rule. That means if someone decides to cancel for any reason within the first 3 days of hiring us, we issue a refund. It might not happen that day, but it will happen. No one requires this of us. It is of our choosing.*

*Where we have already done the work, this would not be the case. This is the nature of our business, that our clients are in crisis, and sometimes the work has to proceed immediately. When you owe the IRS money, people with Badges and Guns are likely to become involved. In some cases our clients are even being investigated for serious criminal matters. A small percentage of our client base intends for us to do the work and to not pay us, or the IRS. We cannot tell who this client is upfront. This requires us to be paid prior to completing work.*

*In all cases we make absolutely sure someone intends to hire us including using a third party to verify the transaction. All that being said we still have a self imposed 3 day rescission. This is my commitment to being completely sure that no one takes advantage of the great trust that our client places in us.*

*Best Regards,*

*Alex Clamon, VP*
*TaxMasters*
*alex.clamon@txmstr.com"*

I have met and exceeded your 3-day rescission requirements. I notified Taxmasters, in writing, to cancel the contract and issue a refund. I did so less than 2 days from payment being tendered, making the contract effective. *Please issue a full and complete refund now.* Do not continue the game of pretending not to be in receipt of documents that I have sent to multiple addresses, and via fax. Honor your own stated policies. Please do not put me through further stress than you already have. *Please.*

You can mail the full refund to:
Jeffery Dean DeLong

Ukiah, CA 95482

Signed,


Jeffery Dean DeLong

JDL\tms

cc:   Texas State Attorney General
      Harris County District Attorney's Office
      Houston Better Business Bureau
      Bank of America

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TAXMASTERS
900 TOWN & COUNTRY LANE
SUITE 400
HOUSTON, TX 77024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _TaxMasters_   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

_900 Town & Country Ln._
_Suite 400_
_Houston_
_Texas  77024_

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Tran...

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-40

• Sender: Please print your name, address, and ZIP+4 in this box •

JEFF DELONG

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

UKIAH , CA 95482

022



# EXHIBIT Q

**Bank of America**

Dispute Resolution Services
P.O. Box 53137
Phoenix, AZ 85072-9317

October 27, 2008

JEFFREY DELONG
UKIAH CA 95482

Amount:                                    $3,000.00
Claim Number:                              3233727OCT08
Account Number ending in:

Dear JEFFREY DELONG:

Thank you for your recent inquiry concerning the above-referenced ATM/Check Card activity. Our goal is to research and resolve this matter for you as quickly as possible.

To ensure your total customer satisfaction, we have issued a temporary credit for $3,000.00 on October 27, 2008 while we perform our research.

In accordance with the applicable law, we require your written confirmation of the transaction or transactions that you dispute. Accordingly, please complete and return the enclosed dispute form within five days upon receipt of this letter. For your convenience in responding, you may use the enclosed business reply envelope, or you may fax the information to 800.306.1079.

We will be conducting research to resolve your disputes and we will notify you of the final result. Should it be determined that no error has occurred, or if we do not receive the dispute form, the temporary credit to your account will be reversed and the dispute will be considered resolved.

Bank of America appreciates your business and values you as a customer. If you have any questions about this matter, please call our toll free number 800.380.7751 for assistance. Our Customer Service Representatives are available to assist you Monday through Friday between 7:00 a.m. and 10:00 p.m., and Saturday and Sunday between 8:00 a.m. and 5:00 p.m. local time.

ATM/Debit Card Operations FRDC01

Enclosure(s)

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA
DISPUTE RESOLUTION SVCS.
PO BOX 53137
PHOENIX, AZ.
85072-
9317

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  lukola Kolaylee    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                JUL 06 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7008 0150 0002 4797 9492

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JEFF DELONG

UKIAH, CA 95482

# EXHIBIT R

http://www.taxmasterscareers.com/sales.html

Tax Masters: We solve your tax problems.

TaxMasters|Careers » Sales »
Click to go to BillOReilly.com.
Click to go to DennisMillerRadio.com.

- **FREE Consultation**
- Settle Your Taxes
- Unfiled Tax Returns
- Installment Agreement
- Who We Are
- What We Do
- Our Promise
- Help! IRS Agent at My Home or Business
- IRS Audit or Appeal of Audit
- Stop Wage Garnishment
- Recover Seized Funds
- Remove Levy or Lien
- Patrick Cox's Blog
- Contact Us
- **Career Opportunities**

# Sales Jobs in Houston—The Best Inside Sales Gig Inside the Beltway

Are you a talented closer ready to move into the next income bracket? Sales people search years to find an inside sales job as sweet as this. The leads come to you qualified and ready to bite. All you have to do is what you were born to do. Take the caller through a custom solution based on Tax Masters sound and proven service offerings and convert qualified prospects to closed deals. Our services give you a strong base to build on. The rest is up to you.

## 60 Hours in a Week Never Felt So Easy!

If you are sick of working 60-hour weeks with nothing to show for it in a down economy, come spend a 60-hour week with Tax Masters and watch your income grow. We're looking for intelligent, professional closers who love to talk on the phone. We put in 50 to 60 hours a week, not because we have to, but because the way to get ahead is to be here when the phones ring. Where else do you get to help people dig out of their IRS problems while making a great living for yourself?

In this time of economic downturn, we're hearing about layoffs and RIFs (reductions in force). They can't even call a layoff a layoff anymore because everyone is doing so much of it. Well, we're going the opposite direction, adding new team members in sales and operations every day. Tax Masters can be the step in your career that puts you closer to the top than to the bottom, nearer the finish than the start. So the question is, how good are you? Are you going to go to work again tomorrow, hating what you do and knowing you'll never make what you're worth? Or will you apply and see if you have what it takes to join the Tax Masters team?

We are actively looking for successful sales people. If you have been on the top of any sales market - real estate sales, mortgage broker, IT services, communications services, financial services, even insurance and car sales - consider contacting us. If you've outgrown your position or your vertical market is cratering, we just may be the answer.

## It's Your Call

4/23/2010 9:55 AM

http://www.taxmastersorcareers.com/sales.html

Think about it. Even the current Secretary of the Treasury got in trouble with the IRS. This trend is nearing pandemic stages. People need help getting their IRS tax debt settled and negotiated. As long as the IRS is in business, there's a need for tax representation firms like ours and there's a need for a sales force intelligent enough to understand how to apply our set of services.

# Want to Make $75K - $100K This Year?

If you are a talented sales person looking for a great inside sales job in Houston, Texas, you need to contact us and apply today. there is nothing between you and $75K - $100K and more per year other than your drive, talent, and willingness to be at the office and close the next deal.

## Tax Consultant-Inside Sales Representative Job Specifics

Tax Masters is looking for the finest professional inside sales people to employ full time, selling tax representation services and tax debt solutions to people and businesses in trouble with the IRS who have tax debts they cannot pay. Previous tax knowledge is not required, but a firm understanding of the sales process and of selling services(as opposed to products) is a strong plus. We provide the training.

Hard work and a minimum 50 hour week are expected. A great income and great working environment is the reward.

Previous inside sales success experience and phone sales skills are a must. In depth understanding of effective closing techniques practiced to an art form are required.

We pay a base wage or commission, whichever is higher. Benefits and paid vacation are included.

## Apply Online Today!

Want to see more open jobs? Check out the main Tax Masters Careers page.

4/23/2010 9:55 AM

http://www.taxmastorscareers.com/sales.html

4/23/2010 9:55 AM

Tax Masters

© Tax Masters (*This firm is not a CPA firm. This firm is not a law firm.)

Best Inside Sales Jobs in Houston