Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Kenneth E. James (SBN 173775)
ken@caufieldjames.com
Matthew D. McMillan (SBN 262394)
mattm@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile : 619-325-0231

Attorneys for Defendants Taxmasters,
Inc. and TMIRS Enterprises, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DELONG and DENNIS HOLMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXMASTERS, INC., a Nevada Corporation, TMIRS ENTERPRISES, LTD., a Texas Partnership, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: CV11-01431-ODW-AGR<br><br>*DISCOVERY MATTER*<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having considered the Stipulated Protective Order (the "Protective Order") between the parties, and for good cause shown,

HEREBY ORDERS THAT:

1.  The Protective Order is APPROVED.


IT IS SO ORDERED.


DATED: August 2, 2011

_____

Honorable Alicia G. Rosenberg
United States Magistrate Judge

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER

(11cv01431)