Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Kenneth E. James (SBN 173775)
ken@caufieldjames.com
Matthew D. McMillan (SBN 262394)
mattm@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile : 619-325-0231

Attorneys for Defendants TaxMasters, Inc. and TMIRS Enterprises, Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DELONG and DENNIS HOLMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXMASTERS, INC., a Nevada Corporation, TMIRS ENTERPRISES, LTD., a Texas Partnership, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: CV11-01431-ODW-AGR<br><br>DECLARATION OF MATTHEW D. MCMILLAN IN SUPPORT OF TAXMASTERS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING TAXMASTERS' MOTION FOR CLARIFICATION<br><br>Date:       TBD<br>Time:      TBD<br>Courtroom: 11<br>Judge:     Hon. Otis D. Wright, II<br><br>Action Filed: February 16, 2011 |

I, Matthew D. McMillan, declare as follows:

1. I am an attorney of record for Defendants, TaxMasters, Inc. and TMIRS Enterprises, Ltd. (collectively, "TaxMasters") in the above-entitled action.

2. I have personal knowledge of the facts contained in this declaration. I am familiar with such facts based on my personal involvement with all aspects of this case since 2011, my communications with TaxMasters in this litigation, and my review of and familiarity with the pleadings filed in this litigation.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Order to Show Cause regarding the Amount in Controversy issued in this action on October 31, 2011.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a meet and confer correspondence dated November 3, 2011 from counsel for TaxMasters to counsel for Plaintiffs.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email correspondence dated November 4, 2011 from Plaintiffs' counsel to counsel for TaxMasters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on November 4, 2011.

DATED: November 4, 2011          Caufield & James, LLP

/s/ Matthew McMillan
Matthew D. McMillan, Esq.
Ken E. James, Esq.
Jeffery L. Caufield, Esq.
Attorneys for Defendants Taxmasters, Inc. and TMIRS Enterprises, Ltd.